**Motion Granted; Abatement Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00592-CV
_____

**MARY SIEGFRIED, Appellant**

**V.**

**FRED RAHDER AND SHAILI LLC D/B/A FRIENDS PUB, Appellees**

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0086562**

## ABATEMENT ORDER

On October 23, 2020, the parties notified this court that the parties had reached an agreement to settle the issues on appeal and requested that the appeal be abated pursuant to Rule 42.1(a)(2)(C) of the Texas Rules of Appellate Procedure. The motion is granted. Accordingly, we issue the following order.

The appeal is abated to permit proceedings in the trial court to effectuate the agreement. *See* Tex. R. App. P. 42.1(a)(2)(C). The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be

reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.